Chester S. GARBER; et al., Appellants,

v.

NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, Appellee,

and

James Salven, Chapter 7 Trustee, Trustee.

No. 06–15570.

United States Court of Appeals, Ninth Circuit.

Argued and Submitted May 14, 2008.

Filed June 3, 2008.

Michael T. Hertz, Esq., Lang Richert & Patch, Fresno, CA, for Appellants.

Scott M. Reddie, Esq., McCormick Barstow Sheppard Wayte & Carruth, LLP, Fresno, CA, for Appellee.

James Saven, Esq., Pinedale, CA, pro se.

Before: HUG, KLEINFELD, and N.R. SMITH, Circuit Judges.

## MEMORANDUM *

The Garbers did not file their notice of appeal within 30 days after the judgment in the district court was entered, as required by Fed. R.App. P. 4(a)(1)(A). National Union's motion to amend the district court order did not toll the thirty day time limit because the motion addressed a collateral and independent issue from the merits of the case.[1]

265, 108 S.Ct. 1130, 99 L.Ed.2d 289 (1988); *Leslie v. Grupo ICA*, 198 F.3d 1152 (9th Cir. 1999); *Lupo v. R. Rowland and Co.*, 857 F.2d 482 (8th Cir.1988).

Even if the appeal was not filed late, the bankruptcy court did not abuse its discretion by authorizing payment to National Union from the bankruptcy estate *nunc pro tunc*. National Union satisfactorily explained its failure to obtain prior judicial approval and demonstrated that its services benefitted the bankrupt estate in a significant manner.[2]

**DISMISSED.**

---

**2.** *In re Atkins,* 69 F.3d 970, 973 (9th Cir. 1995).